UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| STACEY D. DYER, | ) | 1:09-CV-00150 SMS HC |
|           Petitioner, | ) | |
|    v. | ) | ORDER DISMISSING CLAIM |
| TINA HORNBEEK, | ) | |
|           Respondent. | ) | |

      Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner has filed a consent/decline form indicating consent to the jurisdiction of the Magistrate Judge.

**DISCUSSION**

A.  Procedural Grounds for Summary Dismissal

      Rule 4 of the Rules Governing Section 2254 Cases provides in pertinent part:

      If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

The Advisory Committee Notes to Rule 8 indicate that the court may dismiss a petition for writ of habeas corpus, either on its own motion under Rule 4, pursuant to the respondent's motion to

dismiss, or after an answer to the petition has been filed. A petition for habeas corpus should not be dismissed without leave to amend unless it appears that no tenable claim for relief can be pleaded were such leave granted. Jarvis v. Nelson, 440 F.2d 13, 14 (9th Cir. 1971).

B.  Improper Claim

Petitioner raises nine claims for relief in her petition. In Ground Seven, Petitioner presents the following claim: "Ms. Dyer joins in arguments raised by co-appellants Ortega and Lopez." She then references sections of the California Rules of Court as a basis for joining in arguments raised by co-defendants in their opening brief on appeal in state court. It is clear that this claim was merely copied from Petitioner's state appeal and has no application here, as there is no basis for the claim in this federal petition. There are no co-defendants present in this petition, the California Rules of Court do not apply, and the documents referenced are not attached. Accordingly, the claim will be dismissed from the petition.

**ORDER**

Accordingly, Ground Seven is hereby DISMISSED from the petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:   **February 25, 2009**            /s/ Sandra M. Snyder
                                         UNITED STATES MAGISTRATE JUDGE