IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACY DANIELLA DYER, | 1:09-cv-150 OWW-SMS (HC) |
|     Petitioner, | ORDER GRANTING RESPONDENT'S FIRST MOTION FOR EXTENSION OF TIME TO FILE AN ANSWER TO THE PETITION FOR WRIT OF HABEAS CORPUS |
| vs. | |
| TINA HORNBEAK, | |
|     Respondent. | (DOCUMENT #21) |
| _____/ | THIRTY DAY DEADLINE |

On March 24, 2009, Respondent filed a motion to extend time to file an answer to the petition for writ of habeas corpus. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Respondent is granted thirty days from the date of service of this order in which to file a responsive pleading.

IT IS SO ORDERED.

**Dated:   April 30, 2009**         **/s/ Sandra M. Snyder**
                                                        UNITED STATES MAGISTRATE JUDGE