UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STACEY DANIELLA DYER, ) | 1:09-CV-00150 OWW SMS HC |
| ) | |
| Petitioner, ) | ORDER DENYING PETITIONER'S MOTION |
| ) | FOR PRODUCTION OF TRANSCRIPTS |
| v. ) | |
| ) | [Doc. #43] |
| TINA HORNBEAK, ) | |
| ) | |
| Respondent. ) | |

    Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

    On December 15, 2009, the District Judge adopted the Findings and Recommendation of the undersigned and denied the petition. Judgment was entered on the same date. On February 22, 2010, Petitioner filed the instant motion for production of transcripts. Petitioner is advised that no court proceedings were held in this case from which a court reporter could prepare transcripts. The record consists of the pleadings filed by the parties and the orders issued by this Court. If Petitioner seeks copies of any pleadings, she is advised that such a request must be directed to the Clerk of the Court.

    Accordingly, Petitioner's motion for production of transcripts is DENIED.

IT IS SO ORDERED.

Dated:   March 4, 2010                                   /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE