1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  STACEY DANIELLA DYER,                    1:09-cv-00150-OWW-SMS (HC)

10              Petitioner,                 ORDER APPOINTING OFFICE OF FEDERAL
                                            DEFENDER, DIRECTING COUNSEL TO FILE
11     v.                                   NOTICE OF APPEARANCE WITHIN
                                            FOURTEEN DAYS, AND DIRECTING
12                                          CLERK OF COURT TO SERVE
   TINA HORNBEEK,                           DOCUMENTS
13
                   Respondent.
14  _____/

15
16          Petitioner is a state prisoner, appealing the Court's denial of his petition for writ of habeas

17  corpus filed pursuant to 28 U.S.C. § 2254.

18          On July 18, 2011, the United States Court of Appeals for the Ninth Circuit granted

19  Petitioner's request for a Certificate of Appealability on the issues: "whether the trial court

20  violated appellant's constitutional right against self-incrimination and right to counsel by denying

21  the motion to suppress appellant's statements to police. . . ."  (ECF No. 45.)  The order directed

22  this Court to appoint counsel and send notification of counsel to the Court of Appeals within

23  fourteen (14) days of locating counsel.  Pursuant to 18 U.S.C. § 2006(a)(2)(B), the Court may

24  appoint counsel at any stage of a habeas corpus proceedings if the interests of justice so require

25  and Petitioner is financially eligible.  Accordingly, the Court appoints the Officer of the Federal

26  Defender to represent Petitioner on appeal.

27
28

1

IT IS HEREBY ORDERED that:

2

1.      The Office of the Federal Defender is appointed to represent Petitioner on appeal;

3

2.      The Clerk of Court is directed to serve a copy of this Order and the Ninth Circuit

4

Court of Appeals' July 18, 2011, order (ECF No. 45) on the Office of the Federal

5

Defender;

6

3.      Appointed counsel shall file a notice of appearance with this Court within

7

fourteen (14) days from the date of service of this order and counsel shall contact

8

the Clerk's Office to make arrangements for copies of any relevant documents;

9

and

10

4.      Within fourteen (14) days after counsel files a notice of appearance, the Clerk's
Office shall email the Ninth Circuit at counselappointment@ca9.uscourts.gov

11

with the name, address, and telephone number of appointed counsel.  IT IS SO
ORDERED.

12

13

**Dated:** ___**July 22, 2011**___       _____**/s/ Oliver W. Wanger**_____
                                                        UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28